**Order entered November 2, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00211-CR

## CYZE RODGERS, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 265th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F18-75588-R

## ORDER

Before the Court is appellant's October 30, 2020 fourth motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on December 21, 2020.

/s/    LANA MYERS
         JUSTICE